UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ARENA MARINE LTD., :

    Plaintiff, :

  - against - :

KHERSON RIVER PORT, :

    Defendant. :
---------------------------------------------------------------X

JUDGE KAPLAN

07 CV 3090

ECF CASE

RECEIVED APR 17 2007 U.S.D.C. S.D.N.Y. CASHIERS

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:    NONE.

Dated: April 17, 2007
    Southport, CT

                         The Plaintiff,
                         ARENA MARINE LTD.

                         By: _____
                         Lauren C. Davies (LD 1980)
                         Kevin J. Lennon (KL 5072)

                         TISDALE & LENNON, LLC
                         11 West 42nd Street, Suite 900
                         New York, NY 10036
                         (212) 354-0025 (Phone)
                         (212) 869-0067 (Fax)
                         ldavies@tisdale-lennon.com
                         klennon@tisdale-lennon.com