UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ARENA MARINE LTD.,                          :   07 CIV 3090 (LAK)
                                            :   ECF CASE
       Plaintiff,                           :

  -against                                  :
                                            :   **NOTICE OF**
KHERSON RIVER PORT,                         :   **CHANGE OF ADDRESS**

       Defendant.                           :
------------------------------------------------------------x

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Kevin J. Lennon, Esq. – Lennon, Murphy & Lennon, LLC counsel for the Plaintiff ARENA MARINE LTD.

☑ Attorney

  ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: KL 5072.
  ☐ I am a Pro Hac Vice attorney
  ☐ I am a Government Agency attorney

☐ Law Firm/Government Agency Association

    From: _____

    To: _____

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

Address: Lennon, Murphy & Lennon, LLC, The GrayBar Building, 420 Lexington Avenue, Suite 300, New York, NY 10170
Telephone Number: (212) 490-6050
Fax Number: (212) 490-6070
E-Mail Address: kjl@lenmur.com

Dated: June 29, 2007

                                                  KEVIN J. LENNON (KL 5072)