UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ARENA MARINE LTD.,

              Plaintiff,

- against -

KHERSON RIVER PORT,

              Defendant.
------------------------------------------------------X

07 CV 3090 (LAK)

**ECF CASE**

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment.

Dated: August 22, 2007
       New York, NY

So ordered.

_____
U.S.D.J. PART I
Dated: 8/30/07

The Plaintiff, ARENA MARINE LTD.

By: _____
Kevin J. Lennon (KL 5072)
Lennon, Murphy & Lennon, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 – phone
(212) 490-6070 – facsimile